**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

| | |
|---|---|
| ROBERT R. PRUNTY, JR, as Next Friend of minor children R.R.P, III, M.R.P., J.R.P., J.B.I.P., M.E.P., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) CASE NO. 2:14-cv-313-JES-CM |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; KATHLEEN SIBELIUS, Secretary of the United States Department of Health and Human Services; JOHNSON & JOHNSON PHARMACEUTICALS, c/o Mr. Alex Gorsky; COASTAL BEHAVIORAL HEALTHCARE, INC., c/o Mr. Jack Minge; JANNSEN PHARMACEUTICALS, c/o Mr. Tom Heyman; BRISTOL MYERS-SQUIBB, c/o Mr. James M. Cornelius; FLORIDA MEDICAID DEPARTMENT (AHCA), c/o Mr. Justin Senior & Ms. Karen Brooks; DESOTO COUNTY SCHOOL BOARD, c/o Dr. Karen E. Gary; WEST ELEMENTARY SCHOOL, c/o Ms. Phyllis Clemons; MEMORIAL ELEMENTARY SCHOOL, c/o Mr. Dale Wolgast; PROVIDENCE SERVICE CORP., DBA FAMILY PRESERVATION SERVICES, c/o Mr. Warren S. Rustand & Dr. Kinshuk Bose; all in their Individual And Official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THE UNITED STATES OF AMERICA'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR CIVIL CONTEMPT**

COMES NOW, the United States of America, on behalf of the United States Department of Health and Human Services ("HHS") and Kathleen Sibelius, in her official capacity as the Secretary of HHS ("the Secretary") and, to the extent it is required, responds in opposition to "Plaintiff's motion for civil contempt (indirect), against client's and attorney's for refusing to abide by this Court's lawful orders and memorandum of law." See Dkt. No. 145.

1. Plaintiff's motion is completely without merit. Contrary to Plaintiff's assertions, the United States has not disregarded any order from this Court. Indeed, the United States specifically joined in a motion to stay this case, which is currently pending before the Court.

2. The basis of the United States joining in that motion to stay is because, as discussed in the pending motion to dismiss (Dkt. No. 95), the United States is immune from this suit pursuant to the doctrine of sovereign immunity and, therefore, should not have to needlessly bear the costs of further litigation. See Blinco v. Green Tree Servicing, LLC, 366 F.3d 1249, 1252 (11th Cir. 2004) ("[t]he defense of sovereign or qualified immunity protects government officials not only from having to stand trial, but from having to bear the burdens attendant to litigation, including pretrial discovery."). The United States joinder was legally and factually supported. The fact that Plaintiff disagrees with the motion is not grounds for contempt.

3. In addition, Plaintiff has unilaterally taken the position that he will conduct separate case management meetings with each of the defendants. This makes no sense

considering that any deadlines agreed would have to be acceptable to all of the parties in the case.

4.      The United States also specifically incorporates by reference the arguments contained in the oppositions filed by the other defendants.

Accordingly, for at least all of these reasons, Plaintiff's motion for civil contempt should be denied.

>   Respectfully submitted,
>
>   A. LEE BENTLEY, III
>   United States Attorney
>
> BY:   */s/ Kyle S. Cohen*
>   KYLE S. COHEN
>   Assistant United States Attorney
>   Florida Bar No. 0829951
>   2110 First Street, Suite 3-137
>   Ft. Myers, Florida 33901
>   Telephone:   (239) 461-2200
>   Facsimile:   (239) 461-2219
>   Email:  Kyle.Cohen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2014, a true and correct copy of the foregoing document and notice of electronic filing was sent by regular United States Mail to:

>   Robert R. Prunty, Jr.
>   427 West Hickory Street
>   Arcadia, FL 34266

>   *s/ Kyle S. Cohen*
>   KYLE S. COHEN
>   Assistant United States Attorney